# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES AND KELLY COVINGTON,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN, AC,
AC, AC, AND AC

VERSUS

WATERWORKS DISTRICT NO. 1 OF
THE PARISH OF LAFOURCHE,
STATE OF LOUISIANA AND/OR
LAFOURCHE PARISH WATERWORKS
DISTRICT NO. 1, AND TOKIO
MARINE SPECIALTY INSURANCE
COMPANY

NO.  2026 CW 0478

JULY 13, 2026

---

In Re:    Waterworks District No. 1 of the Parish of Lafourche,
          State of Louisiana and/or Lafourche Parish Waterworks
          District No. 1, and Tokio Marine Specialty Insurance
          Company, applying for supervisory writs, 17th Judicial
          District Court, Parish of Lafourche, No. 146702.

---

**BEFORE:**    **THERIOT, LANIER, AND MILLER, JJ.**

   **WRIT DENIED.**

                         MRT
                         WIL
                         SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT